**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 99-51144**
**Summary Calendar**

_____

**LAURA ALIABADI,**

**Plaintiff-Appellant,**

**versus**

**TEXAS A.S.O. CORPORATION; R. M. PERSONNEL,**

**Defendants-Appellees.**

_____

**Appeal from the United States District Court**
**for the Western District of Texas**
**(EP-98-CV-460-H)**

_____

**May 31, 2000**

Before SMITH, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:[*]

In challenging the adverse summary judgment on her employment discrimination claims against Texas A.S.O. Corporation and R. M. Personnel, Laura Aliabadi contends there are genuine issues of material fact on her hostile work environment, constructive discharge, failure to promote, and Equal Pay Act claims.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Having reviewed the summary judgment record *de novo*, viewing the evidence and inferences in the light most favorable to Aliabadi, we conclude that summary judgment was proper, essentially for the reasons stated by the district court. ***Aliabadi v. Texas A.S.O. Corp., et al.***, No. EP-98-CA-460-H (W.D. Tex. 8 Nov. 1999).

***AFFIRMED***